**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**KENNETH HEALEY and DEIDRE HEALEY,**

    **Plaintiffs,**

**v.**                                                    **Case No: 5:25-cv-178-JSM-PRL**

**GEICO GENERAL INSURANCE COMPANY,**

    **Defendant.**

_____

### ORDER

This cause comes before the Court on Defendant's Motion to Compel Directed to Non-Party Jonathan Thomson and/or Morgan & Morgan, P.A. ("First Motion to Compel") (Doc. 22) filed on March 3, 2026, and Defendant's Second Motion to Compel Directed to Non-Party Jonathan Thomson and/or Morgan & Morgan, P.A. ("Second Motion to Compel") (Doc. 23) filed on March 5, 2026. Defendant filed the First Motion to Compel and the Second Motion to Compel, seeking to compel non-party Jonathan Thomson, Esq. and/or his law firm, Morgan & Morgan, P.A. ("Morgan & Morgan"), for the production of documents requested in Defendant's two subpoenas served on January 9, 2026 and February 10, 2026. (Docs. 22 & 23).

On March 13, 2026, and March 17, 2026, Defendant filed Notices of Continuing Conferral, advising the Court that after conferring with Morgan & Morgan, its discovery requests in the First Motion to Compel (Doc. 22) and the Second Motion to Compel (Doc. 23) are now moot. (Docs. 24 & 25).

- 2 -

Accordingly, Defendant's Motion to Compel Directed to Non-Party Jonathan Thomson and/or Morgan & Morgan, P.A. (Doc. 22) and Defendant's Second Motion to Compel Directed to Non-Party Jonathan Thomson and/or Morgan & Morgan, P.A. (Doc. 23) are **DENIED as moot**.

**DONE** and **ORDERED** in Ocala, Florida on March 23, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties